**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**JAMES DULAR,
f/k/a JAMES DUMLER
    Plaintiff,**

vs.                                         **Case No: 3:07cv466/WS/MD**

**PAT BLACKSHEAR, et al.,
    Defendants.**

## ORDER

    This cause is before the court upon referral from the clerk. Plaintiff commenced this action on October 31, 2007 by filing a complaint under 28 U.S.C. § 1331 and 42 U.S.C. § 1983. (Doc. 1). The complaint named four defendants. Each defendant filed a motion to dismiss. (Docs. 8, 9, 13). Plaintiff was ordered to respond to the motions. (Docs. 10, 18). Plaintiff has now filed a document entitled "Plaintiff's Response To All Defendants['] Motions to Dismiss And In The Alternative Motion For Leave To Amend."  (Doc. 19). Attached to the document is plaintiff's first amended complaint and exhibits. Plaintiff filed a number of other exhibits under separate cover. (Doc. 20).

    Rule 15 provides that a party may amend its pleading once as a matter of course before being served with a responsive pleading. Fed. R. Civ. P. 15(a)(1)(A). For purposes of this Rule, a motion to dismiss is not a responsive pleading. *Williams v. Bd. of Regents of Univ. Sys. Of Georgia*, 477 F.3d 1282, 1291 (11th Cir. 2007) (citing *Chilivis v. SEC*, 673 F.2d 1205, 1209 (11th Cir. 1982)). As no responsive pleadings have been filed, plaintiff is entitled to amend his complaint as a matter of right.

    Accordingly, it is ORDERED:

    1.  Plaintiff's motion for leave to amend (doc. 19) is GRANTED.

    2. Plaintiff's first amended complaint with attachments shall be docketed separately from his motion for leave to amend.

     3.  Defendants' motions to dismiss plaintiff's original complaint (docs. 8, 9, 13) are DENIED without prejudice to their re-filing, if appropriate.

     4.  Defendants will not be required to respond to the first amended complaint until the court has reviewed it for proper form and subject matter jurisdiction.

     DONE AND ORDERED this 28th day of December, 2007.


/s/ *Miles Davis*
**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**