# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

JAMES GORDON DULAR

    VS                                      CASE NO. 3:07cv466-MCR/MD

PAT BLACKSHEAR, et al.

**REFERRAL AND ORDER**

Referred to Judge Rodgers on 04/24/2008
Type of Motion/Pleading MOTION FOR RECONSIDERATION OF FINAL ORDER OF DISMISSAL
Filed by: PLAINTIFF     on 4/22/08     Doc. No. 61
( ) Stipulated/Consented/Joint Pleading
RESPONSES:
_____ on _____ Doc. No. _____
_____ on _____ Doc. No. _____

WILLIAM M. McCOOL, CLERK OF COURT

*s/Donna Bajzik*
Deputy Clerk: Donna Bajzik

**ORDER**

Upon consideration of the foregoing, it is ORDERED this 24th day of April, 2008, that:

The requested relief is DENIED. Plaintiff's Amended Complaint setting forth claims under The False Claims Act against Okaloosa County was properly dismissed for lack of subject matter jurisdiction. Plaintiff did not raise § 1983 claims in his Amended Complaint.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**