IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**JAMES DULAR,**
**f/k/a JAMES DUMLER**
    **Plaintiff,**

**vs.**          **Case No: 3:07cv466/MCR/MD**

**PAT BLACKSHEAR, et al.,**
    **Defendants.**

## REPORT AND RECOMMENDATION

This cause is before the undersigned upon two motions for attorney fees: one filed by defendants Pat Blackshear and Okaloosa County Commissioners (doc. 59), and one filed by defendant Coleman L. Kelly Testamentary Trust (doc. 60). Each of these parties has now advised that the matter of attorney fees is settled (docs. 70, 74). The settlements moot any need for consideration of the subject motions.

Accordingly, it is respectfully RECOMMENDED:

1. That the motions for attorney fees (docs. 59, 60) be DENIED as moot.

2. That the clerk be directed to close the file.

At Pensacola, Florida, this 17th day of June, 2008.

/s/ *Miles Davis*
**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u> A copy of objections shall be served upon all other parties. Failure to object may limit the scope of appellate review of factual findings. *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).